UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROXANNE M. NORTON                                CIVIL ACTION

VERSUS                                           NUMBER: 10-3215

MICHAEL J. ASTRUE,                               SECTION: "J"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

**O R D E R**

The Court, having considered the motions for summary judgment, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as the Court's opinion herein. Accordingly,

**IT IS ORDERED** that the plaintiff's case is remanded to the Commissioner for further evaluation and consideration of the plaintiff's mental impairments.

New Orleans, Louisiana, this 27th day of February, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE